FILED

JAN 0 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL MICHIMANI-GARCIA, ) <br> Defendants. ) | CASE NO. 13CR3451-GT <br><br> **AMENDED** <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the sentencing hearing is continued from January 7, 2014 at 9:30 a.m. to **February 28, 2014 at 9:30 a.m.**

IT IS SO ORDERED.

Date: 1-6-14

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT